AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Michelle Gruesbeck | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    1:26-CV-00808 |
| BatchService LLC, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Michelle Gruesbeck                                                                      .

Date:     03/05/2026

/s/ Patrick J. Solberg
*Attorney's signature*

Partrick J. Solberg - 6243928 (IL)
*Printed name and bar number*

Anderson + Wanca
3701Algonquin Rd - Ste 500
Rolling Meadows, IL 60008

*Address*

psolberg@andersonwanca.com
*E-mail address*

(847) 368-1500
*Telephone number*

(847) 368-1501
*FAX number*