**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

MICHELLE GRUESBECK, individually and as the representatives of classes of similarly-situated persons,

Plaintiff,

v.

BATCHSERVICE LLC D/B/A BATCHDATA, a Delaware Limited Liability Company,

and

EQUIMINE INC. D/B/A PROPSTREAM a California Corporation,

Defendants.

Civ. Action No.: 1:26-cv-00808-WJM-KAS

**STIPULATED AND UNOPPOSED MOTION FOR EXTENSION OF TIME**

Action Filed: February 27, 2026

**STIPULATED AND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6.1(a) of the U.S. District Court for the District of Colorado Local Rules of Practice, Defendant Equimine Inc. d/b/a PropStream, by its undersigned counsel, bring this Stipulated and Unopposed Motion for Extension of Time to Answer Or Otherwise Respond to the Complaint. Plaintiff stipulates to such an extension, and in support thereof, Defendant states as follows:

1.      On February 27, 2026, Plaintiff filed this action.

2.      Plaintiff served Defendant with the Summons and Complaint on March 5, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to answer or otherwise respond to the Complaint was March 26, 2026.

3. This is the first request for an extension of time to answer the Complaint in this action.

4. An extension of time to answer or otherwise respond to the Complaint is appropriate to allow Defendant additional time to prepare its responsive pleading. The extension will benefit the parties, avoid unnecessary litigation costs, and conserve judicial resources.

5. Counsel for Defendant and Plaintiffs have conferred, and Plaintiffs have stipulated to the extension and do not oppose this request.

6. No party will be prejudiced by the sought extension.

7. This request is made in the interests of justice and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Court grant Defendant an extension of twenty-one (21) days of time within which to answer or otherwise plead, to and including April 16, 2026.

Date:  March 27, 2026

Respectfully submitted,

By: /s/ *Tina Nguyen*

Tina Q. Nguyen (*Admitted to Practice*)
Texas Bar No. 24078670
Tina.Nguyen@BakerBotts.com
Parker Hancock (*pro hac vice forthcoming*)
Texas Bar No. 24108256
Parker.hancock@bakerbotts.com
**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, TX 77002
(Tel) 713-229-1234

Matthew Baker (*pro hac vice forthcoming*)
California Bar No. 308665
**BAKER BOTTS L.L.P.**
101 California Street, Suite 3200
San Francisco, CA 94111
(Tel) 415.291.6200
(Fax) 415.291.6364

**ATTORNEYS FOR DEFENDANT
EQUIMINE LLC D/B/A PROPSTREAM**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served this 27th day of March, 2026, with a copy of this document via the Court's CM/ECF system.

/s/ *Tina Nguyen*
Tina Q. Nguyen