**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

MICHELLE GRUESBECK, individually
and as the representative of classes of
similarly situated persons,

         Plaintiff,

    v.

BATCHSERVICE LLC D/B/A
BATCHDATA, a Delaware Limited Liability
Company, and

EQUIMINE INC. D/B/A PROPSTREAM,
a California Corporation,

        Defendants.

Case No. 1:26-cv-00808-WJM-KAS

---

**APPEARANCE OF COUNSEL**

---

To: The Clerk of Court and all Parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for Defendant, Bathservice LLC d/b/a Batchdata.

Dated: March 31, 2026

        /s/ *Howard E. Panensky*
        Howard E. Panensky (NY4467312)
        PIERSON FERDINAND, LLP
        1270 Avenue of the Americas
        7th Floor – 1050
        New York, NY 10020
        Howard.panensky@pierferd.com
        Tel. 551-298-5043