## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

|  |  |
|---|---|
| **MICHELLE GRUESBECK**, individually and as the representative of classes of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**BATCHSERVICE LLC D/B/A BATCHDATA,** a Delaware Limited Liability Company, and<br><br>**EQUIMINE INC. D/B/A PROPSTREAM,** a California Corporation,<br><br>Defendants. | Case No. 1:26-cv-00808-WJM-KAS |

---

### DEFENDANT BATCHSERVICE LLC'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

---

Defendant, BatchService LLC d/b/a BatchData, a Delaware Limited Liability Company, ("BatchService" or "Defendant") respectfully moves the Court for an extension of time to respond to the Complaint up to and including May 17, 2026. The current deadline to respond is April 2, 2026. Defendant seeks this relief based on good cause pursuant to *Fed. R. Civ. P.* 6(b)(1)(B) and in accordance with *D.C.COLO.LCivR* 6.1 and *D.C.COLO.LCivR* 7.1(a).

1

## **<u>CERTIFICATION OF CONFERRAL</u>**

Pursuant to *D.C.COLO.LCivR* 7.1(a), the undersigned attorneys for Defendant conferred with Plaintiff's counsel, who graciously stipulated and consented to the relief requested herein and that Plaintiff does not oppose this motion.

## **<u>GROUNDS FOR RELIEF (GOOD CAUSE)</u>**

1. On February 27, 2026, Plaintiff Michelle Gruesbeck ("Plaintiff") filed this action.

2. Plaintiff served Defendant with the Summons and Complaint on March 12, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to answer or otherwise respond to the Complaint is April 2, 2026.

3. Defendant has recently retained counsel, and this is Defendant's first request for an extension of time to respond to the Complaint.

4. Defense counsel Irene Oria and Frances De La Guardia will both be out of the country from April 15 to May 3 on a previously planned non-refundable trip.

5. An extension of time to  respond to the Complaint is appropriate to allow Defendant additional time to adequately prepare its responsive pleading. The extension will benefit the parties, avoid unnecessary litigation costs, and conserve judicial resources.

6. This requested extension to May 17, 2026 is sought immediately after retention of counsel and will allow Defendant to prepare an appropriate response to the Complaint.

7. Counsel for Defendant and Plaintiff have conferred, and Plaintiff does not oppose the requested extension.

8. No party will be prejudiced by the requested extension.

9.   There is no impact to any other deadlines as there has been no scheduling order entered in this case.

10. This request is made in the interests of justice and not for the purposes of delay.


## COMPLIANCE WITH LOCAL RULE 6.1

11.     This is Defendant's first request to extend the time to respond to the Complaint. *See D.C.COLO.LCivR 6.1(b)*.

12.     Contemporaneously with filing, undersigned counsel is serving this motion on Plaintiff in compliance with *D.C.COLO.LCivR 6.1(c)*.


## REQUESTED RELIEF

Defendant BatchService respectfully requests that the Court grant this unopposed and consented-to request and extend the deadline for it to respond to the Complaint to May 17, 2026, and grant such other and further relief as the Court deems just and proper.

Date: March 31, 2026                    Respectfully submitted,


**PIERSON FERDINAND LLP**

By: /s/ Howard E. Panensky
Howard Panensky
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
Tel: (551) 298-5043
Email: Howard.Panensky@pierferd.com

Irene Oria
 (*Application for Admission Forthcoming*)
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
Email: Irene.Oria@pierferd.com

3

Frances De La Guardia
(*Application for Admission
Forthcoming*)
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
Tel: (305) 712-4385
E:Frances.Delaguardia@pierf
erd.com

*ATTORNEYS FOR DEFENDANT
BatchService LLC, d/b/a BatchData*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on March 31, 2026, the foregoing Unopposed

Motion to Extend was filed with the Clerk of Court using the CM/ECF system, which will send

notification to all counsel of record. I also hereby certify that a copy of foregoing document is being

served via email this 31st day of March 2026, on undersigned counsel's client BatchService LLC,

d/b/a BatchData, via individual listed below:

Anny Draginova
COO/Co-Founder
anny@batchservice.com

By: /s/ Howard E. Panensky

**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| **MICHELLE GRUESBECK**, individually and as the representative of classes of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**BATCHSERVICE LLC D/B/A BATCHDATA,** a Delaware Limited Liability Company, and<br><br>**EQUIMINE INC. D/B/A PROPSTREAM,** a California Corporation,<br><br>Defendants. | Case No. 1:26-cv-00808-WJM-KAS |

---

**PROPOSED ORDER EXTENDING TIME TO RESPOND**

---

Before the Court is Defendant BatchService LLC d/b/a BatchData's Unopposed Motion to Extend Time to Respond to the Complaint; and based upon the motion papers submitted, and for good cause shown, on this _____ day of _____, 2026,

IT IS HEREBY ORDERED that BatchService LLC d/b/a BatchData's Unopposed Motion to Extend Time to Respond to the Complaint is **GRANTED**; and

IT IS HEREBY FURTHER ORDERED that Defendant's deadline to answer, move, or otherwise respond to the Complaint is extended to May 17, 2026.

BY THE COURT:

_____ _____

HON. WILLIAM J. MARTINEZ, U.S.D.J.