**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  <u>1:26-cv-00808-WJM-KAS</u>

MICHELLE GRUESBECK,

     Plaintiff,

v.

BATCHSERVICE LLC D/B/A BATCHDATA,
and EQUIMINE INC. D/B/A PROPSTREAM,

     Defendants.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for: Defendant Equimine Inc. d/b/a Propstream.

DATED at Denver, Colorado this 1st day of April, 2026.

<u>/s/  Tina Nguyen</u>

Tina Q. Nguyen
Texas Bar No. 24078670
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(Tel) 713-229-1234
Tina.Nguyen@BakerBotts.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Tina Nguyen
Tina Q. Nguyen

2