**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MICHELLE GRUESBECK, individually and as the representative of a class of similarly-situated persons, | |
| Plaintiff, | |
| v. | Civil Action No. 1:26-cv-00808-WJM |
| BATCHSERVICE LLC D/B/A BATCHDATA, a Delaware Limited Liability Company, | **JURY TRIAL DEMANDED** |
| and | |
| EQUIMINE INC. D/B/A PROPSTREAM, a California Corporation, | |
| Defendants. | |

**ENTRY OF APPEARANCE**

1

To clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Defendant EquiMine Inc., d/b/a Propstream.

DATED at Houston, Texas this 16th day of April, 2026

By:  /s/ Parker Hancock
Parker Hancock (*Admitted to Practice*)
Texas Bar No. 24108256
Parker.hancock@bakerbotts.com

Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002
(Tel) 713-229-1234

*ATTORNEYS FOR DEFENDANT EQUIMINE INC. D/B/A PROPSTREAM*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of foregoing document is being served this 16th day

of April, 2026, on all counsel of record via the Court's CM/ECF system and the client

EquiMine Inc. d/b/a Propstream via individual listed below:

Paul Lanagan
Associate General Counsel
paul.lanagan@stewart.com

/s/ Parker Hancock
Parker Hancock

2