# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MICHELLE GRUESBECK, individually and
as the representative of a class of
similarly-situated persons,

   Plaintiff,

v.

BATCHSERVICE LLC D/B/A
BATCHDATA, a Delaware Limited Liability
Company,

   and

EQUIMINE INC. D/B/A PROPSTREAM, a
California Corporation,

   Defendants.

Civil Action No. 1:26-cv-00808-WJM

**JURY TRIAL DEMANDED**

---

## ENTRY OF APPEARANCE

---

To clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for: Defendant EquiMine Inc., d/b/a Propstream.

DATED at San Francisco, California this 16th day of April, 2026

By: /s/ Matthew Baker
Matthew Baker (*Admitted to Practice*)
California Bar No. 308665
matthew.baker@bakerbotts.com

**Baker Botts L.L.P.**
101 California Street, Suite 3200
San Francisco, CA 94111
(Tel) 415.291.6200
(Fax) 415.291.6364

*ATTORNEYS FOR DEFENDANT EQUIMINE
INC. D/B/A PROPSTREAM*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing document is being served this 16th day of April, 2026, on all counsel of record via the Court's CM/ECF system and the client EquiMine Inc. d/b/a Propstream via individual listed below:

Paul Lanagan
Associate General Counsel
paul.lanagan@stewart.com

/s/ Matthew Baker
Matthew Baker