**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MICHELLE GRUESBECK, individually and as the representative of a class of similarly-situated persons, | |
| | Case No. 1:26-cv-00808-WJM-KAS |
| *Plaintiff,* | |
| v. | |
| BATCHSERVICE LLC d/b/a BATCHDATA, a Delaware Limited Liability Company, | **NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT** |
| and | |
| EQUIMINE INC. d/b/a PROPSTREAM, a California Corporation, | |
| *Defendants.* | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 15(a) and Local Rule 15.1(a), Plaintiff Michelle Gruesbeck filed her First Amended Class Action Complaint as a matter of course, adding certain allegations and amending other allegations. *See* Doc. 22. In accordance with Local Rule 15.1(a), attached hereto is a copy of the proposed amended pleading which strikes through the text to be deleted and underlines the text to be added to the original Complaint.

Dated: May 7, 2026

Respectfully submitted,

Michelle Gruesbeck, individually and as the representative of a class of similarly-situated persons,

*/s/ Patrick J. Solberg*

Patrick J. Solberg
Brian J. Wanca
Wallace C. Solberg
ANDERSON + WANCA
3701 Algonquin Road
Suite 500
Rolling Meadows, IL  60008
psolberg@andersonwanca.com
bwanca@andersonwanca.com
wsolberg@andersonwanca.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2026, a true and correct copy of the foregoing Notice of Filing First Amended Class Action Complaint was e-filed and served on all counsel of record using the Court's CM/ECF system.


/s/ *Patrick J. Solberg*