**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MICHELLE GRUESBECK, individually and as the representative of a class of similarly-situated persons,<br><br>       Plaintiff,<br><br>v.<br><br>BATCHSERVICE LLC D/B/A BATCHDATA, a Delaware Limited Liability Company,<br><br>and<br><br>EQUIMINE INC. D/B/A PROPSTREAM, a California Corporation,<br><br>       Defendants. | Civil Action No. 1:26-cv-00808-WJM-KAS<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT
EQUIMINE INC. UNDER D.C.COLO.LCIVR 6.1(A) TO
EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff Michelle Gruesbeck ("Plaintiff") and Defendant EquiMine Inc. d/b/a PropStream ("EquiMine"), by and through their respective undersigned counsel and pursuant to D.C.COLO.LCivR 6.1(a), hereby stipulate as follows:

1.      Plaintiff filed her original Complaint on February 27, 2026 [ECF No. 1]. EquiMine filed a Motion to Dismiss the original Complaint on April 16, 2026 [ECF No. 20]. Plaintiff filed her First Amended Complaint on May 7, 2026 [ECF No. 22]. The Court denied EquiMine's then-pending motion to dismiss the original Complaint as moot the same day [ECF No. 24].

516723101.3

2.      Under Federal Rule of Civil Procedure 15(a)(3), EquiMine's deadline to answer or otherwise respond to the First Amended Complaint is presently May 21, 2026.

3.      Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiff and EquiMine stipulate that EquiMine's deadline to answer or otherwise respond to the First Amended Complaint is extended by twenty-one (21) days, from May 21, 2026 to and including June 11, 2026.

4.      This is EquiMine's first stipulated extension under D.C.COLO.LCivR 6.1(a) of its deadline to respond to the First Amended Complaint. No prior extension of that deadline has been requested or granted.

5.      This Stipulation is filed before the expiration of the time limits to respond prescribed by the Federal Rules of Civil Procedure and is effective on filing pursuant to D.C.COLO.LCivR 6.1(a).

516723101.3

Dated:  May 19, 2026

By: /s/ Patrick J. Solberg
    Patrick J. Solberg
    ANDERSON + WANCA
    3701 Algonquin Road, Suite 500
    Rolling Meadows, IL 60008
    Telephone: 847-368-1500
    Fax: 847-368-1501
    psolberg@andersonwanca.com

    *ATTORNEYS FOR PLAINTIFF
    MICHELLE GRUESBECK*

By: /s/ *Matthew Baker*
    Matthew Baker (*Admitted to Practice*)
    California Bar No. 308665
    matthew.baker@bakerbotts.com

    **Baker Botts L.L.P.**
    101 California Street, Suite 3200
    San Francisco, CA 94111
    (Tel) 415.291.6200
    (Fax) 415.291.6364

    Tina Q. Nguyen (*Admitted to Practice*)
    Texas Bar No. 24078670
    Tina.Nguyen@BakerBotts.com

    Parker Hancock (*Admitted to Practice*)
    Texas Bar No. 24108256
    Parker.hancock@bakerbotts.com

    **Baker Botts L.L.P**.
    910 Louisiana Street
    Houston, TX 77002
    (Tel) 713-229-1234

    *ATTORNEYS FOR DEFENDANT
    EQUIMINE INC. D/B/A
    PROPSTREAM*

516723101.3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing document is being served this 19th day

of May, 2026, on all counsel of record via the Court's CM/ECF system and the client

EquiMine Inc. d/b/a Propstream via the individual listed below:

Paul Lanagan
Associate General Counsel
paul.lanagan@stewart.com


_/s/_    Matthew Baker
             Matthew Baker

516723101.3