**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| **MICHELLE GRUESBECK**, individually and as the representative of classes of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**BATCHSERVICE LLC D/B/A BATCHDATA,** a Delaware Limited Liability Company, and<br><br>**EQUIMINE INC. D/B/A PROPSTREAM,** a California Corporation,<br><br>Defendants. | Case No. 1:26-cv-00808-WJM-KAS |

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1(a)**

---

The undersigned counsel for Plaintiff, Michelle Gruesbeck ("Plaintiff") and Defendant, BATCHSERVICE LLC D/B/A BATCHDATA, a Delaware Limited Liability Company ("Defendant") (together, the "Parties") hereby stipulate and agree, pursuant to D.C. COLO.LCivR 6.1(a), to an extension of twenty-one (21) days beyond the time limits prescribed by the Federal Rules of Civil Procedure for Defendant to respond to Plaintiff's Amended Complaint.

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**MICHELLE GRUESBECK**, individually
and as the representative of classes of
similarly situated persons,

Plaintiff,

v.

**BATCHSERVICE LLC D/B/A
BATCHDATA,** a Delaware Limited Liability
Company, and

**EQUIMINE INC. D/B/A PROPSTREAM,**
a California Corporation,

Defendants.

Case No. 1:26-cv-00808-WJM-KAS

---

## CERTIFICATION OF CONFERRAL

---

Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel for Defendant conferred with Plaintiff's counsel, who graciously stipulated and consented to the relief requested herein. Plaintiff agrees to the Stipulation for extension of time.

In support of this Stipulation, the Parties state as follows:

1. Plaintiff filed her original Complaint on February 27, 2026 [ECF No. 1].

1

2. On March 31, 2026, Defendant moved the Court for an unopposed motion for extension of time to respond to the Complaint up to and including May 17, 2026 which motion was granted by the Court. [EFC No. 14, 15].

3. On April 16, 2026, EquiMine moved to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [ECF No. 20].

4. Plaintiff filed her First Amended Complaint on May 7, 2026 [ECF No. 22], and the Court denied EquiMine's motion as moot [ECF No. 24].

5. Pursuant to the Federal Rules of Civil Procedure, Defendant's response to the First Amended Complaint is currently due on or before May 21, 2026.

6. The parties have conferred and agreed that Defendant shall have an additional twenty-one (21) days beyond the deadline prescribed by the Federal Rules of Civil Procedure to respond to the First Amended Complaint. Accordingly, the Parties agree that Defendant's response to the Amended Complaint should now be due on or before June 11, 2026.

7. This is the Parties' first stipulation for extension of time for Defendant respond to the Amended Complaint.

8. This Stipulation is filed before the expiration of the time limits to respond prescribed by the Federal Rules of Civil Procedure, and shall be effective upon filing, unless otherwise ordered by the Court.

9. Good cause exists for this extension because the Defendant requires additional time to review the amendments and formulate an appropriate responsive pleading.

10. This Stipulation is being served contemporaneously upon counsel's respective clients, as required by D.C.COLO.LCivR 6.1(c).

2

**WHEREFORE**, the parties respectfully stipulate and agree that Defendant's deadline to respond to Plaintiff's First Amended Complaint is extended by twenty-one (21) days to and including June 11, 2026 pursuant to D.C.COLO.LCivR 6.1(a).

Respectfully submitted,

**PIERSON FERDINAND LLP**

By: /s/ Howard E. Panensky
Howard Panensky
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
Tel: (551) 298-5043
Email: Howard.Panensky@pierferd.com

Irene Oria
(*Application for Admission Forthcoming*)
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
Email: Irene.Oria@pierferd.com

Frances De La Guardia
(*Application for Admission Forthcoming*)
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
Tel: (305) 712-4385
Email: Frances.Delaguardia@pierferd.com

*ATTORNEYS FOR DEFENDANT*
*BatchService LLC, d/b/a BatchData*

3

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**MICHELLE GRUESBECK**, individually
and as the representative of classes of
similarly situated persons,

             Plaintiff,

    v.

**BATCHSERVICE LLC D/B/A
BATCHDATA,** a Delaware Limited Liability
Company, and

**EQUIMINE INC. D/B/A PROPSTREAM,**
a California Corporation,

            Defendants.

Case No. 1:26-cv-00808-WJM-KAS

---

## CERTIFICATE OF SERVICE

---

The undersigned counsel hereby certifies that on May 20, 2026, the foregoing Stipulation for Extension of Time to Respond to Respond to First Amended Complaint Pursuant to D.C.COLO.LCivR 6.1(a) was filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record. I also hereby certify that a copy of foregoing document is being served via email this 20th day of May, 2026, on undersigned counsel's client BatchService LLC, d/b/a BatchData, addressed to the listed below:

Anny Draginova
COO/Co-Founder
anny@batchservice.com

1

Respectfully submitted,

**PIERSON FERDINAND LLP**

By: /s/ Howard E. Panensky
Howard Panensky
1270 Avenue of the Americas
7th Floor – 1050
New York, NY 10020
Tel: (551) 298-5043
Email: Howard.Panensky@pierferd.com

*ATTORNEYS FOR DEFENDANT*
*BatchService LLC, d/b/a BatchData*

2