**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MICHELLE GRUESBECK, individually and as the representative of a class of similarly-situated persons, | |
| Plaintiff, | |
| v. | Civ. A. No. 1:26-cv-00808-WJM-KAS |
| BATCHSERVICE LLC D/B/A BATCHDATA, a Delaware Limited Liability Company, | **JURY TRIAL DEMANDED** |
| and | |
| EQUIMINE INC. D/B/A PROPSTREAM, a California Corporation, | |
| Defendants. | |

**STIPULATED JOINT MOTION TO
VACATE PRE-SCHEDULING CONFERENCE DEADLINES
PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS**

Defendants EquiMine Inc. d/b/a PropStream ("EquiMine"), BatchService LLC d/b/a

BatchData ("BatchService"), and Plaintiff Michelle Gruesbeck (collectively, the "Parties"),

respectfully move the Court, pursuant to Federal Rule of Civil Procedure 16(b)(4) and the

Court's inherent authority to manage its docket, to set a briefing schedule on Defendants'

separate forthcoming motions to dismiss Plaintiff's First Amended Complaint, vacate the

pre-scheduling conference deadlines, and continue the Scheduling/Planning Conference

set for June 9, 2026 [ECF No. 7] until after ruling on said motions to dismiss. In support,

the Parties state as follows:

1

1.    **Procedural Posture.** Plaintiff filed her original Complaint on February 27, 2026 [ECF No. 1]. On April 16, 2026, EquiMine moved to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) [ECF No. 20]. In response, Plaintiff filed a First Amended Complaint on May 7, 2026 [ECF No. 22], and the Court denied EquiMine's motion as moot [ECF No. 24]. Defendants' responses to the First Amended Complaint are due June 11, 2026, by separate stipulations between Plaintiff and each Defendant under D.C.COLO.LCivR 6.1(a). Each Defendant intends to move to dismiss the First Amended Complaint.

2.    **Briefing Schedule and Affected Deadlines.** Following their Local Rule 7.1(a) conferral, the Parties respectfully submit for Court approval the following briefing schedule on Defendants' forthcoming motions to dismiss: Plaintiff to file her responses to both motions on or before July 23, 2026; Defendants to file their replies on or before August 13, 2026. Should the Court approve this schedule, briefing on Defendants' motions will not be completed until after every pre-scheduling conference deadline has elapsed, including Rule 26(a)(1) mandatory disclosures (May 26, 2026), submission of the proposed Scheduling Order (June 2, 2026), the Scheduling/Planning Conference itself (June 9, 2026), and the proposed F.R.E. 502(d) order (June 23, 2026).

3.    **Good Cause.** Defendants' forthcoming motions to dismiss will raise issues that, if resolved in Defendants' favor, would dispose of the case or substantially narrow its scope. Proceeding with the Rule 26(f) conference, mandatory disclosures, and a Rule 16(b) scheduling order before those threshold issues are addressed would commit the Parties and the Court to discovery planning that may be unnecessary in whole or in part.

2

Deferring those obligations until after the Court rules will conserve judicial and party resources, and it will avoid the prospect of revisiting the scope of discovery in the event Plaintiff's First Amended Complaint is dismissed or narrowed. While Plaintiff does not oppose staying case-management activity during pendency of the motions to dismiss, in the event that Defendants rely on affidavits or other affirmative matters in their motions, Plaintiff expressly reserves her right to seek limited discovery on the affirmative matters raised. Defendants do not, by joining this motion, agree to any such discovery.

4. **Prior Extensions and Diligence.** The Court has previously granted two extensions in this matter, each addressed to the response deadline to the Plaintiff's original Complaint: an extension to EquiMine [ECF No. 12] and an extension to BatchService [ECF No. 15]. Neither extension addressed Rule 26(f) or any other case-management deadline. This Motion is the first request directed to the pre-scheduling conference deadlines and the Scheduling/Planning Conference setting, and it is filed promptly after Plaintiff's filing of the First Amended Complaint and the parties' conferral on the proposed requested scheduling.

5. **Certification of Conferral (D.C.COLO.LCivR 7.1(a)).** Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with Patrick J. Solberg, counsel for Plaintiff, by videoconference on May 15, 2026.

6. **Requested Relief.** For the foregoing reasons, Defendants respectfully request that the Court enter an order: (i) adopting the Parties agreed upon briefing schedule on the forthcoming motions to dismiss; (ii) vacating the Court's Order Setting Scheduling/Planning Conference [ECF No. 7], the Rule 26(a)(1) mandatory disclosure

3

deadline, the proposed Scheduling Order submission deadline, the Scheduling/Planning Conference set for June 9, 2026, and the F.R.E. 502(d) order deadline; and (iii) directing the Parties to file a joint status report within fourteen (14) days after the Court rules on the last-filed motion to dismiss, proposing a reset 26(f) meeting, mandatory disclosure deadline, proposed Scheduling Order submission deadline, and Scheduling Conference date.

DATED:  May 22, 2026                        Respectfully submitted,


**ANDERSON & WANCA**                 **BAKER BOTTS L.L.P.**

/s/ *Patrick J. Solberg*                      /s/ *Matthew Baker*

Patrick J. Solberg                            Matthew Baker (*Admitted to Practice*)
Wallace C. Solberg                            California Bar No. 308665
3701 Algonquin Road                           matthew.baker@bakerbotts.com
Suite 500                                     101 California Street, Suite 3200
Rolling Meadows, IL 60008                     San Francisco, CA 94111
847-368-1500                                  (Tel) 415.291.6200
847-368-1500                                  (Fax) 415.291.6364
Fax: 847-368-1501
psolberg@andersonwanca.com                    Tina Q. Nguyen (*Admitted to Practice*)
buslit@andersonwanca.com                      Texas Bar No. 24078670
                                              Tina.Nguyen@BakerBotts.com
*ATTORNEYS FOR PLAINTIFF*                      Parker Hancock (*Admitted to Practice*)
*MICHELLE GRUESBECK*                           Texas Bar No. 24108256
                                              Parker.hancock@bakerbotts.com
                                              910 Louisiana Street
                                              Houston, TX 77002
                                              (Tel) 713-229-1234

                                              *ATTORNEYS FOR DEFENDANT*
                                              *EQUIMINE INC. D/B/A PROPSTREAM*

                                              **PIERSON FERDINAND LLP**

                                              /s/ *Howard E. Panensky*

                                              Howard E. Panensky
                                              Pierson Ferdinand LLP
                                              1270 Avenue of the Americas
                                              7th Floor, Suite 1050

New York, NY 10020
551-298-5043
howard.panensky@pierferd.com

Irene Oria
*(Application for Admission Forthcoming)*
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
Irene.Oria@pierferd.com


Frances De La Guardia
*(Application for Admission Forthcoming)*
333 SE 2nd Ave., Suite 2000
Miami, FL 33131
Tel: (305) 712-4385
Frances.Delaguardia@pierferd.com

*ATTORNEYS FOR DEFENDANT*
*BatchService LLC, d/b/a BatchData*

5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing document is being served this 22nd day

of May, 2026, on all counsel of record via the Court's CM/ECF system and the clients

via the individuals listed below:


DEFENDANT EQUIMINE INC. D/B/A PROPSTREAM:
Paul Lanagan
Associate General Counsel
paul.lanagan@stewart.com

DEFENDANT BatchService LLC, d/b/a BatchData
Anny Draginova COO/Co-Founder
anny@batchservice.com

                                          _/s/     Yana Makarova_____
                                                Yana Makarova