**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

MICHELLE GRUESBECK, individually and as the representative of a class of similarly situated persons,

*Plaintiff,*

v.

BATCHSERVICE LLC d/b/a BATCHDATA, a Delaware Limited Liability Company,

and

EQUIMINE INC. d/b/a PROPSTREAM, a California Corporation,

*Defendants.*

Case No.: 1:26-cv-00808-WJM-KAS

**PLAINTIFF'S FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Michelle Gruesbeck, by and through her attorneys, respectfully submits *Hutchings v. Lusha Systems, Inc.*, 2026 WL 3372124 (D. Colo. Nov. 6, 2026), as supplemental authority in support of her Responses (Docs. 38, 39) to Motions to Dismiss filed by Equimine Inc. (Doc. 30) and BatchService LLC (Doc. 32). In *Hutchings*, the Court granted in part and denied in part a motion to dismiss in a case brought pursuant to Colorado's Prevention of Telemarketing Fraud Act ("PTFA"), Colo. Rev. Stat. § 6-1-301 *et seq.* The *Hutchings* Court addressed the following: (i) Article III standing; (ii) state law and statutory standing; (iii) sufficiency of allegations concerning the knowledge requirement under PTFA; (iv) a First Amendment challenge; and (v) availability of class-wide statutory damages. A copy of the decision is attached as Exhibit A.

Plaintiff respectfully submits that the decision in *Hutchings* will assist the Court in rendering a decision on the pending Motions to Dismiss.

Dated: November 9, 2026

Respectfully submitted,

Michelle Gruesbeck, individually and as the representative of a class of similarly situated persons,

By: */s/ Patrick J. Solberg*

Patrick J. Solberg
Brian J. Wanca
Wallace C. Solberg
ANDERSON + WANCA
3701 Algonquin Road
Suite 500
Rolling Meadows, IL 60008
psolberg@andersonwanca.com
bwanca@andersonwanca.com
wsolberg@andersonwanca.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 9, 2026, a true and correct copy of the foregoing Fourth Notice of Supplemental Authority was e-filed and served on all counsel of record using the Court's CM/ECF system.

/s/ *Patrick J. Solberg*